IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDREW J. SAMAJ, III,

     Appellant,

 v.

Case No.  5D22-1680
LT Case No. 2013-CF-060793-AX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 13, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Andrew J. Samaj, III, Daytona Beach,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.